## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2733 | **DATE** | 9/29/2010 |
| **CASE TITLE** | Jerry Gilespie vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Agreed Motion for Attorneys' Fees [79] is granted.  The attached order is approved and entered.  Parties need not appear on the presentment date of 10/6/2010.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|