UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY GILLESPIE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 09 C 2733 |
| | ) | |
| vs. | ) | Judge Coar |
| | ) | Magistrate Judge Keys |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER**

This matter coming before the Court by agreement of the parties, Plaintiff Jerry Gillespie, by his undersigned attorneys and Defendants City of Chicago, Daniel Gomez, and Salvador Prieto, by their undersigned attorneys, and the Court being fully advised in the matter,

IT IS HEREBY ORDERED:

1. Plaintiff Jerry Gillespie is awarded $139,000 in attorneys' fees.
2. All matters are hereby terminated.

Respectfully submitted,

/s/ Lawrence Jackowiak
Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595
*Counsel for the Plaintiffs*

/s/ Avi T. Kamionski
Andrew M. Hale and Associates
53 West Jackson Blvd, Suite 1800
Chicago, Illinois 60604
(312) 341-9646
*Attorney for the Defendants*

ENTER: _____

DATE: _____